# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| NOVO NORDISK A/S AND NOVO NORDISK INC., | |
| Plaintiffs, | Case No. 8:24-cv-02293 |
| v. | |
| VIVA AESTHETICS, LLC, | |
| Defendant. | |

## JOINT MOTION FOR ENTRY OF FINAL JUDGMENT

Plaintiffs, Novo Nordisk A/S and Novo Nordisk Inc., and Defendant Viva Aesthetics, LLC, by and through undersigned counsel jointly file this Motion for Entry of Final Judgment. In support of this, the Parties state as follows:

1. On September 30, 2024, Plaintiffs filed their Complaint against Viva Aesthetics, LLC, asserting claims under the Lanham Act and Florida's Deceptive and Unfair Trade Practices Act. [D.E. 1].

2. On January 7, 2025, the Complaint was served on Viva Aesthetics, LLC. [D.E. 9].

3. On February 18, 2025, Viva Aesthetics, LLC filed a Motion to Dismiss Plaintiff's Complaint [D.E. 12], which Plaintiffs opposed [D.E.13]. Plaintiffs later filed a Notice of Supplemental Authority further supporting its opposition [D.E. 14]. This Motion is currently pending.

4. As of July 23, 2025, the Parties have reached an amicable settlement, whereby they have stipulated for an entry of the Final Judgment and Permanent Injunction attached hereto as Exhibit A.

WHEREFORE, Plaintiffs, Novo Nordisk A/S and Novo Nordisk Inc., and Defendant, Viva Aesthetics, LLC, respectfully request that this Honorable Court enter the Final Judgment and Permanent Injunction on Consent, and any further relief it deems just and proper.

Dated:      July 28, 2025

Respectfully submitted,

*/s/ Michelle A. Juarez*

Jordan S. Cohen, Esquire (551872)
Michelle A. Juarez, Esquire (1030924)
WICKER SMITH O'HARA
McCOY & FORD, P.A.
515 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301
Telephone:  (954) 847-4800
Facsimile: (954) 760-9353
Ftlcrtpleadings@wickersmith.com
mjuarez@wickersmith.com

*Attorneys for Novo Nordisk A/S and Novo Nordisk Inc.*

*/s/ Adriana Kostencki*

Adriana Kostencki (84507)
akostencki@exorolaw.com
paralegal@exorolaw.com
EXORO LAW PLLC
2700 Glades Cir., Ste 142
Weston, FL 33327
Telephone:  (954) 947-0050

*Attorneys for Viva Aesthetics*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on July 28, 2025, and the foregoing document is being served this day on all counsel or parties of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

/s/ *Michelle A. Juarez*
Michelle A. Juarez, Esquire